Supreme Court  *David Thompson ads United States*
Fil<sup>d</sup> Dec 12th 1831  Cole & Porter Atties.

Supreme Court

*David Thompson ads*  And the said David Thompson as to the said replication
*United States*  of the said United States to the plea of him the said David Thompson saith that by reason of any thing in the said replication alleged he ought not to be excluded from the said office of Constable of the said Town of Springwells, and denied and enjoined from using the same because he says that since the said fourth day of April one thousand eight hundred & thirty one he the said David Thompson has been an actual resident of the said Township of Springwells, except for a short space of time, to wit for the space of three days, at the expiration of which period he returned to the said Township of Springwells where he has continued uninterruptedly to reside and still does reside; and this he is ready to verify, wherefore he prays judgment as aforesaid and that the said office and privileges may be allowed to him.—

COLE & PORTER
Atties—

*United States vs David Thompson*  Filed
Dec. 15. 1831

And the said William A Fletcher saith that the Said Rejoinder of the said David Thompson to the said Replication of him the said William A Fletcher and the matters therein contained in manner and form as the same are above pleaded and set forth are not sufficient in law for the said David Thompson to have the said office of constable of the Town of Springwells and the said privileges allowed him; And that he the said William A Fletcher is not bound by the law of the land to answer the same and this he the said William A Fletcher is ready to verify; Wherefore for want of sufficient rejoinder in this behalf, he the said William A Fletcher prays judgment for the United States as aforesaid and that the said David may hereafter be altogether excluded from the said office and denied and enjoined from using or exercising the same

W<sup>M</sup> A. FLETCHER
Atty Gen<sup>l</sup>